UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATINA D. MULLER,　　　　　　　　　　　　Case No. 3:12-cv-151

　　　Plaintiff,　　　　　　　　　　　　　　　Judge Timothy S. Black

-vs-

ERIC K. SHINSEKI, Secretary of
Department of Veterans Affairs,

　　　Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]　**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ x ]　**Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 25) is **GRANTED**; and this case is terminated on the docket of the Court.

Date: January 24, 2014　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk